ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CORVON L. JONES,

        Plaintiff,

v.                                Case No. 15-CV-51

OMARLO PHILLIPS
KENT TUSCHL,
JOSEPH ZAWIKOWSKI
JACOB SPANO,

        Defendants.

## SPECIAL VERDICT

1. **Excessive Force Claim**

    a. Did Officer **Omarlo Phillips** deprive Corvon Jones of a constitutional right by using excessive force on Corvon Jones?

        Answer: __No__
                  (Yes or No)

    b. Did Officer **Kent Tuschl** deprive Corvon Jones of a constitutional right by using excessive force on Corvon Jones?

        Answer: __No__
                  (Yes or No)

c. Did Officer **Joseph Zawikowski** deprive Corvon Jones of a constitutional right by using excessive force on Corvon Jones?

   Answer: _____No_____
   (Yes or No)

d. Did Officer **Jacob Spano** deprive Corvon Jones of a constitutional right by using excessive force on Corvon Jones?

   Answer: _____No_____
   (Yes or No)

2. **Failure to Intervene Claim**

   a. Did Officer **Omarlo Phillips** deprive Corvon Jones of a constitutional right by failing to intervene and prevent another officer from using excessive force on Corvon Jones?

      Answer: _____No_____
      (Yes or No)

   b. Did Officer **Kent Tuschl** deprive Corvon Jones of a constitutional right by failing to intervene and prevent another officer from using excessive force on Corvon Jones?

      Answer: _____No_____
      (Yes or No)

   c. Did Officer **Joseph Zawikowski** deprive Corvon Jones of a constitutional right by failing to intervene and prevent another officer from using excessive force on Corvon Jones?

      Answer: _____No_____
      (Yes or No)

2

d. Did Officer **Jacob Spano** deprive Corvon Jones of a constitutional right by failing to intervene and prevent another officer from using excessive force on Corvon Jones?

Answer: ____No____
         (Yes or No)

*If you answered "No" to all questions above, have the foreperson sign and date the verdict.*

*If you answered "Yes" to at least one question above, answer Questions 3 and 4 below.*

3. **Compensatory Damages**

   What sum of money will fairly and reasonably compensate Corvon Jones for the defendant(s) use of excessive force or failure to intervene?

   $ _____

4. **Punitive Damages**

   *If you answered "Yes" to Question 1. a. or 2. a. above, answer question 4. a. If you answered "No" to Questions 1 a. and 2 a. above, proceed to Question 4. b.*

   a. Was Officer **Omarlo Phillips's** violation of Corvon Jones's constitutional right malicious or in reckless disregard of Corvon Jones's rights?

      Answer: _____
              (Yes or No)

      If Yes, what amount of punitive damages, if any, will punish **Omarlo Phillips** and deter him and others from engaging in similar conduct in the future?

      $ _____

*If you answered "Yes" to Question 1. b. or 2. b. above, answer question 4. b. If you answered "No" to Questions 1 b. and 2 b. above, proceed to Question 4. c.*

b. Was Officer **Kent Tuschl's** violation of Corvon Jones's constitutional right malicious or in reckless disregard of Corvon Jones's rights?

Answer: _____
       (Yes or No)

If Yes, what amount of punitive damages, if any, will punish **Kent Tuschl** and deter him and others from engaging in similar conduct in the future?

$ _____

*If you answered "Yes" to Question 1. c. or 2. c. above, answer question 4. c. If you answered "No" to Questions 1 c. and 2 c. above, proceed to Question 4. d.*

c. Was Officer **Joseph Zawikowski's** violation of Corvon Jones's constitutional right malicious or in reckless disregard of Corvon Jones's rights?

Answer: _____
       (Yes or No)

If Yes, what amount of punitive damages, if any, will punish **Joseph Zawikowski** and deter him and others from engaging in similar conduct in the future?

$ _____

*If you answered "Yes" to Question 1. d. or 2. d. above, answer question 4. d. If you answered "No" to Questions 1 d. and 2 d. above, have the foreperson sign and date this special verdict.*

    d. Was Officer **Jacob Spano's** violation of Corvon Jones's constitutional right malicious or in reckless disregard of Corvon Jones's rights?

    Answer: _____
            (Yes or No)

    If Yes, what amount of punitive damages, if any, will punish Officer **Jacob Spano** and deter him and others from engaging in similar conduct in the future?

Have the foreperson sign and date this special verdict.

_____            28-JUN-2017
Foreperson                                                                Date