I-N-V-O-I-C-E

STATE OF WISCONSIN v. CORVON L. JONES

Transcript of Proceedings: 2/4/15

TOTAL AMOUNT DUE: $88.00

28780

Make Payable To: Kelly Janowski

        821 W. State St.

        Rm. 502

        Milwaukee, WI 53233

*ok to pay* *clerk for* *PJM 8/18/16*

Thank you.

Invoice No. 2618

# INVOICE FOR TRANSCRIPT PREPARATION
# BY STATE-EMPLOYED COURT REPORTER

1032-2015-1329

▶ Please type or print information.

| County | Case Number |
|---|---|
| Milwaukee County | 2014-CF-004826 |

| Case Caption | Type and Date of Proceeding |
|---|---|
| State of Wisconsin vs. Corvon Louis Jones | Jury Trial/Sentencing |

| Quantity of pages | Description | Rate per page | Amount |
|---|---|---|---|
| | §814.69(1)(a) Originals | $1.50 | $0.00 |
| 601 | §814.69(1)(a) Duplicates | $0.50 | $300.50 |
| | §814.69(1)(b) Originals | $2.25 | $0.00 |
| | §814.69(1)(b) Duplicates | $0.50 | $0.00 |
| | §814.69(1)(bm) Originals | $3.00 | $0.00 |
| | §814.69(1)(bm) Duplicates | $0.75 | $0.00 |
| | §814.69(1)(c) Originals | | $0.00 |
| | §814.69(1)(c) Duplicates | | $0.00 |
| Postage paid or charges for electronic copies (CDs, disks) | | | $35.00 |
| Subtotal | | | $335.50 |
| Less credit for prepayment, county copying costs or other credit as applicable | | | $0.00 |
| **Net Total Due** | | | **$335.50** |

This transcript is for:
- [ ] An appeal
- [ ] SPD appellate viewing
- [x] Other

This transcript was requested by:
- [ ] Public Defender SPD #
- [ ] Appointed SPD SPD#
- [ ] District Attorney
- [ ] Guardian Ad Litem
- [ ] Private Counsel
- [ ] Judge
- [x] Other: Office of City Attorney
- [ ] Required by statute

I certify that the total amount shown was computed in accordance with §814.69, Wis. Stats., and that I have not previously applied for or received payment for this amount.

| Court Reporter's Signature | Date | County | Branch No. |
|---|---|---|---|
| | 6/30/16 | MILWAUKEE | 3 |

| Social Security Number | Telephone Number |
|---|---|
| | 414-278-4486 X5497 |

| Send copy to: | Make check payable to and send to: | Send of invoice copy to: |
|---|---|---|
| Ms. Mari Mendoza<br>Office of City Attorney<br>951 North James Lovell Street<br>Milwaukee, WI 53233 | Jennifer L. Carter, RPR<br>901 North Ninth Street<br>Room 406<br>MILWAUKEE, WI 53233 | Director of State Courts<br>Management Services<br>110 E. Main Street, Ste 430<br>Madison, WI 53703 |

CS-234, 10/09



# INVOICE

**GRAMANN REPORTING**

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203
PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 245045 | 3/24/2017 | 144306 |
| Job Date | Case No. | |
| 3/20/2017 | 15CV51 | |

| Case Name |
|---|
| Corvon Jones v. Phillips, et al. |

| Payment Terms |
|---|
| Net 30 |

Ms. Naomi Gehling
City Attorney's Office
841 North Broadway
7th Floor
Milwaukee WI 53202-3515

---

1 COPY OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| Charles Arthur Grimm | 70.00 Pages | 182.00 |
| Condensed Transcript | | 10.00 |
| Exhibit Scanning | 26.00 Pages | 9.10 |
| Courier & Handling | | 9.00 |
| | **TOTAL DUE >>>** | **$210.10** |
| | AFTER 5/3/2017 PAY | $220.61 |

There is an additional charge for the 4 day expedited delivery of the transcript.

Payment is due within thirty (30) days of the date of invoice. All past due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

---

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Ms. Naomi Gehling
City Attorney's Office
841 North Broadway
7th Floor
Milwaukee WI 53202-3515

| | | |
|---|---|---|
| Invoice No. | : | 245045 |
| Invoice Date | : | 3/24/2017 |
| **Total Due** | : | **$210.10** |
| AFTER 5/3/2017 PAY $220.61 | | |

| | | |
|---|---|---|
| Job No. | : | 144306 |
| BU ID | : | 1-MAIN |
| Case No. | : | 15CV51 |
| Case Name | : | Corvon Jones v. Phillips, et al. |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 245329 | 4/6/2017 | 144500 |
| Job Date | Case No. | |
| 3/30/2017 | 15CV51 | |

**Case Name**

Corvon Jones v. Phillips, et al.

**Payment Terms**

Net 30

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203
PHONE: 414.272.7878
FAX: 414.272.1806

Ms. Naomi Gehling
City Attorney's Office
841 North Broadway
7th Floor
Milwaukee WI 53202-3515

ORIGINAL AND 1 COPY OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| Jack Dills, Jr. | 76.00 Pages | 319.20 |
| 2-Day Expedite (O&1) | | 190.00 |
| Full Day Appearance | | 120.00 |
| Waiting Time | 2.00 Hours | 100.00 |
| Errata Request | | 15.00 |
| Courier, Handling, & Archiving | | 26.00 |
| | **TOTAL DUE >>>** | **$770.20** |
| | AFTER 5/16/2017 PAY | $808.71 |

Additional courier/shipping charge to send original transcript after witness review process.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Ms. Naomi Gehling
City Attorney's Office
841 North Broadway
7th Floor
Milwaukee WI 53202-3515

| | | |
|---|---|---|
| Invoice No. | : | 245329 |
| Invoice Date | : | 4/6/2017 |
| **Total Due** | : | **$770.20** |
| AFTER 5/16/2017 PAY $808.71 | | |

Remit To: Gramann Reporting, Ltd.
740 N. Plankinton Avenue
Suite 400
Milwaukee WI 53203

| | | |
|---|---|---|
| Job No. | : | 144500 |
| BU ID | : | WIContract |
| Case No. | : | 15CV51 |
| Case Name | : | Corvon Jones v. Phillips, et al. |

group #000036592
Voucher #0535275

1032-2015-1524 DV

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 241844 | 11/14/2016 | 140424 |
| Job Date | Case No. | |
| 11/2/2016 | 15CV00051 | |
| Case Name | | |
| Corvon Jones v. Phillips, et al. | | |
| Payment Terms | | |
| Net 30 | | |

**GRAMANN REPORTING**

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

OK to pay.
PJM 10/2/16

Mr. Patrick J. McClain
City Attorney's Office
841 North Broadway
7th Floor
Milwaukee WI 53202-3515

| | | |
|---|---|---|
| 1 COPY OF THE TRANSCRIPT OF: | | |
| Joseph Zawikowski | 87.00 Pages | 217.50 |
| Condensed Transcript | | 10.00 |
| Exhibit Scanning | 275.00 Pages | 96.25 |
| 1 COPY OF THE TRANSCRIPT OF: | | |
| Omarlo Phillips | 69.00 Pages | 172.50 |
| Condensed Transcript | | 10.00 |
| Exhibit Scanning | 42.00 Pages | 14.70 |
| Courier & Handling | | 9.00 |
| **TOTAL DUE >>>** | | **$529.95** |
| AFTER 12/24/2016 PAY | | $556.45 |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Patrick J. McClain
City Attorney's Office
841 North Broadway
7th Floor
Milwaukee WI 53202-3515

Invoice No.   : 241844
Invoice Date  : 11/14/2016
Total Due     : $ 529.95
AFTER 12/24/2016 PAY $556.45

Remit To: **Gramann Reporting, Ltd.**
740 N. Plankinton Avenue
Suite 400
Milwaukee WI 53203

Job No.    : 140424
BU ID      : 1-MAIN
Case No.   : 15CV00051
Case Name  : Corvon Jones v. Phillips, et al.

*tmp#0000366592*
*Voucher# 01535274*

1032-2015-1529 UV



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 241913 | 11/15/2016 | 140425 |
| Job Date | Case No. | |
| 11/3/2016 | 15CV00051 | |
| Case Name | | |
| Corvon Jones v. Phillips, et al. | | |
| Payment Terms | | |
| Net 30 | | |

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

Mr. Patrick J. McClain
City Attorney's Office
841 North Broadway
7th Floor
Milwaukee WI 53202-3515

*OK to pay.*
*PJM - 12/2/16*

| | | |
|---|---|---|
| 1 COPY OF THE TRANSCRIPT OF: | | |
| Jacob Spano | 113.00 Pages | 282.50 |
| Condensed Transcript | | 11.30 |
| Exhibit Scanning | 26.00 Pages | 9.10 |
| 1 COPY OF THE TRANSCRIPT OF: | | |
| Kent Tuschl | 93.00 Pages | 232.50 |
| Condensed Transcript | | 10.00 |
| Exhibit Scanning | 6.00 Pages | 2.10 |
| Courier & Handling | | 9.00 |
| **TOTAL DUE >>>** | | **$556.50** |
| AFTER 12/25/2016 PAY | | $584.33 |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

Tax ID: 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Patrick J. McClain
City Attorney's Office
841 North Broadway
7th Floor
Milwaukee WI 53202-3515

Invoice No.   : 241913
Invoice Date  : 11/15/2016
Total Due     : $ 556.50
AFTER 12/25/2016 PAY $584.33

Remit To: Gramann Reporting, Ltd.
         740 N. Plankinton Avenue
         Suite 400
         Milwaukee WI 53203

Job No.    : 140425
BU ID      : 1-MAIN
Case No.   : 15CV00051
Case Name  : Corvon Jones v. Phillips, et al.



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 245307 | 4/7/2017 | 144501 |
| Job Date | Case No. | |
| 3/31/2017 | 15CV51 | |
| Case Name | | |
| Corvon Jones v. Phillips, et al. | | |
| Payment Terms | | |
| Net 30 | | |

**GRAMANN REPORTING**

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

Ms. Naomi Gehling
City Attorney's Office
841 North Broadway
7th Floor
Milwaukee WI  53202-3515

---

ORIGINAL AND 1 COPY OF THE TRANSCRIPT OF:

Michael A. Riley     66.00 Pages     277.20
   3-Day Expedite (O&1)     82.50
   Half Day Appearance     60.00
   Courier, Handling, & Archiving     22.00

**TOTAL DUE >>>**     **$441.70**
AFTER 5/17/2017  PAY     $463.79

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.  Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

---

Ms. Naomi Gehling
City Attorney's Office
841 North Broadway
7th Floor
Milwaukee WI  53202-3515

| | | |
|---|---|---|
| Invoice No. | : | 245307 |
| Invoice Date | : | 4/7/2017 |
| **Total Due** | : | **$441.70** |

AFTER 5/17/2017  PAY  $463.79

| | | |
|---|---|---|
| Job No. | : | 144501 |
| BU ID | : | 1-MAIN |
| Case No. | : | 15CV51 |
| Case Name | : | Corvon Jones v. Phillips, et al. |

Remit To:    **Gramann Reporting, Ltd.**
                 **740 N. Plankinton Avenue**
                 **Suite 400**
                 **Milwaukee WI  53203**

*1032-2015-1329* ☐✓

**State Process Service, Inc**
PO Box 14039 West Allis, WI 53214
Phone: (414) 256-7000 ~ Fax: (414) 256-7010

TAX ID: 39-1258730

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 400 | April 5, 2017 | P198859 |

Bill To:

City Attorney's Office
Naomi E Gehling
841 North Broadway
Milwaukee, WI 53202

Hearing Date: 3/31/2016
File No: 15CV51
Servee: MIKE RILEY
Case No: 15CV51
Court: Eastern District Of Wisconsin
Plaintiff: CORVON L JONES
Defendant: MIKE RILEY

GN: 0000375152  VN: 01566727

Documents: LETTER;SUBPOENA; WITNESS FEE CHK $52.84 #28942;

| DESCRIPTION OF SERVICES RENDERED | Agent | AMOUNT |
|---|---|---|
| Service of Process   MIKE RILEY | | 125.00 |
| Handling Fee   MIKE RILEY | | 27.50 |

**SUMMARY**
Servee: MIKE RILEY
Address: 3016 Bull Run, # Sun Prairie, WI 53590
Result: Personally Served
Completed on 3/31/2017

**TOTAL DUE** $ 152.50

Thank you for choosing State Process Service, Inc!
For billing inquiries, please contact our Accounting Department at (414) 256-7000.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 400 | April 5, 2017 | P198859 |

TOTAL DUE:    $ 152.50

Remit To:

**State Process Service, Inc**
PO Box 14039
West Allis, WI 53214

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO  State Process Service, Inc

Order#:P198859/INVOICEP

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

$40 witness fee
 12.84 mileage
$ 52.84 total

28942
A&H

| CORVON L. JONES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 15-CV-51 |
| OMARLO PHILLIPS, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Mike Riley
3016 Bull Run, Sun Prairie, WI 53590
*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Foley & Lardner, LLP<br>150 East Gilman Street, Suite 5000<br>Madison, WI 53703 | Date and Time:<br>03/31/2017 4:30 pm |
|---|---|

The deposition will be recorded by this method: Court Reporter

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/24/2017   JON W. SANFELIPPO
*CLERK OF COURT*

OR

_____   _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Defendants__
Naomi Gehling, Assistant City Attorney _____, who issues or requests this subpoena, are:
200 E. Wells Street, Suite 800
Milwaukee, WI 53202  (414) 286-2601

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).



| 28942* | Apr 10 | 52.84 |



Business Statement

Account Number:
0 001 1280 1523

Statement Period:
Apr 3, 2017
through
Apr 28, 2017

TRUST FUND OF CITY ATTORNEY
OF CITY OF MILWAUKEE
200 E WELLS ST RM 800
MILWAUKEE WI 53202-3515



# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

$40 witness fee
$4.82 mileage
$44.82 total

| CORVON L. JONES | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 15-CV-51 |
| OMARLO PHILLIPS, et al. | ) | |
| | ) | |
| *Defendant* | ) | |

28941
AEH

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Jack Dills
3276 North 46th Street, Milwaukee, WI 53216
*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: 841 North Broadway, Room 716 Milwaukee, WI 53202 | Date and Time: 03/30/2017 11:00 am |
|---|---|

The deposition will be recorded by this method: Court Reporter

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/24/2017    JON W. SANFELIPPO
*CLERK OF COURT*

OR

_____    _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendants
Naomi Gehling, Assistant City Attorney , who issues or requests this subpoena, are:
200 E. Wells Street, Suite 800
Milwaukee, WI 53202  (414) 286-2601

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).



28941*        Mar 30        44.82 ✓